UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY LENELL ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>VERDE ENERGY USA, INC.,<br><br>Defendant. | Case No: 1:17-cv-00768<br><br>Honorable Judge Joan B. Gottschall |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, GREGORY LENELL ROBINSON, and the Defendant, VERDE ENERGY USA, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against VERDE ENERGY USA, INC , pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: May 18, 2017                                                    Respectfully Submitted,

**GREGORY LENELL ROBINSON**                          **VERDE ENERGY USA, INC**

/s/ Nathan C. Volheim                                                /s/ David M. Schultz (*with consent*)
Nathan C. Volheim                                                      David M. Schultz
*Counsel for Plaintiff*                                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                         Hinshaw & Culbertson LLP
900 Jorie Boulevard, Suite 150                                 222 North LaSalle Street, Suite 300
Oak Brook, Illinois 60523                                           Chicago, IL 60601
Phone: (630) 575-8181                                              Phone: (312) 704-3527
Fax :( 630) 575-8188                                                  dschultz@hinshawlaw.com
nvolheim@sulaimanlaw.com